O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO NAVA GARCIA,<br><br>Petitioner,<br><br>vs.<br><br>W.L. MONTGOMERY, Warden,<br><br>Respondent. | Case No. CV 15-02882-JAK (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation were filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the First Amended Petition and entire action with prejudice.

DATED:  August 18, 2016

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE