**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO NAVA GARCIA,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>W.L. MONTGOMERY, Warden,<br><br>　　　　　　Respondent. | Case No. CV 15-02882-JAK (KES)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the First Amended Petition and entire action is dismissed with prejudice.

DATED:　August 18, 2016

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE